UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br>     Plaintiff, <br> v. <br> HARJIT SINGH; JASJIT K. SINGH; AND HELI VILLASENOR, <br>     Defendants. | No.: 2:17-cv-00368-TLN-KJN <br><br> **ORDER** |

Having read Plaintiff's Application for Publication of Summons (ECF No. 7) and the supporting documentation filed therewith, and finding good cause therefore:

**IT IS ORDERED** that the service of the summons in this action is made by publication of summons pursuant to Code of Civil Procedure § 415.50, upon Defendants Harjit Singh and Jasjit K. Singh in Sierra Nevada Media Group, a newspaper of general circulation published at 580 Mallory Way, Carson City, NV 89701 and that said publication be made at least once a week for four successive weeks.

1     **IT IS FURTHER ORDERED** that a copy of the said summons and of said
2 complaint in this action be deposited in the United States Post Office, postage
3 prepaid, directed to said Defendants, if their address is ascertained before expiration
4 of the time prescribed for the publication of this summons.

Dated: September 5, 2017

                                                Troy L. Nunley
                                                United States District Judge