UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>HARJIT SINGH, et al.,<br><br>        Defendants. | No. 2:17-cv-00368-TLN-KJN<br><br>**ORDER** |

      Plaintiff Scott Johnson ("Plaintiff") has filed this civil action seeking relief under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq. ("ADA") and California's Unruh Civil Rights Act, Cal. Civ. Code §§ 51 et seq. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 28, 2020, the magistrate judge filed findings and recommendations which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 22.) No objections were filed.

      Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

/ / /

1

1     Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed May 28, 2020 (ECF No. 22), are adopted in full; and

    2. Plaintiff's Motion for Default Judgment (ECF No. 19) is GRANTED IN PART, as follows:

        a) Judgment is entered in Plaintiff's favor and against Defendants;

        b) Plaintiff is awarded statutory damages in the amount of $4,000.00 against all Defendants jointly and severally;

        c) Plaintiff is awarded attorneys' fees and costs in the amount of $3,198.72 against all Defendants jointly and severally; and

        d) Plaintiff is granted an injunction requiring Defendants to provide readily achievable property alterations in the form of van accessible handicap parking, accessible entrance door hardware, and an accessible transaction counter at the business establishment named Smog Tech, located at 430 N. Airport Way, Stockton, California, in compliance with the ADA and the ADA Accessibility Guidelines.

    3. The Clerk of Court is directed to vacate all dates and close this case.

    IT IS SO ORDERED.

DATED: July 16, 2020

                                                          Troy L. Nunley
                                                          United States District Judge